IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 4:06CR3075 |
| v. ) | |
| ) | |
| KENNETH SLOMINSKI and ) | |
| HAROLD TITUS SWAN, ) | ORDER |
| ) | |
| Defendants. ) | |
| ) | |

IT IS ORDERED:

The unopposed oral motion of J. R. Hobbs, counsel for defendant Slominski, with the consent of Robert B. Creager, counsel for defendant Swan, is granted and the initial appearances as to both defendants are continued from May 31 to June 20, 2006 at 1:30 p.m.

Defendants are required to be present.

DATED this 24th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge