# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA
### (Lincoln Division)

| | |
|---|---|
| *UNITED STATES OF AMERICA,* )<br>  )<br>**Plaintiff,** )<br>  )<br>vs. )<br>  )<br>*KENNETH SLOMINSKI and* )<br>*HAROLD TITUS SWAN,* )<br>  )<br>**Defendants.** )<br>  )<br>_____) | Case No.4:06CR3075 |

## ORDER

NOW on this 22nd day of March, 2007, this matter comes on for consideration of Defendant Harold Titus Swan's unopposed motion extend the deadlines for disclosure of expert reports and disclosure of Jencks Act materials. The date for these disclosures is currently May 31, 2007.

Defendant's unopposed motion is GRANTED. The deadline for disclosure of expert reports and for disclosure of Jencks Act materials is extended to June 12, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge